| AO 10 Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Helene N. | 2. Court or Organization<br><br>6th Circuit | 3. Date of Report<br><br>01/24/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Theodore Levin Courthouse<br>231 W. Lafayette Blvd., Room 611<br>Detroit, Michigan 48226 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | NJH Associates |
| 2. | Partner | NJHA Associates |
| 3. | Partner | RNJH Associates, LTD |
| 4. | Director / Vice President | RNJH Associates, Inc. |
| 5. | Member | MWCM LLC |
| 6. | Trustee | Trust #2 RWRT GST A |
| 7. | Trustee | Trust #3 RWRT GST B |
| 8. | Director / President | Family Foundation #1 |
| 9. | Director | Family Foundation #2 |
| 10. | Custodian | Brokerage account #1 UGMA |
| 11. | Custodian | Brokerage account #2 UGMA |
| 12. | Member | Home Properties, LLC |
| 13. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pension | Wayne County, Michigan |
| 2. Pension | State of Michigan |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Helene N. | 01/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hibernia Bank | Mortgage on real estate | M |
| 2. | LTR 2010 Trust | Promissory Notes | P1 |
| 3. | US Trust | Line of Credit | P1 |
| 4. | Tri-state | Line of Credit | P1 |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (UBS) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | K | T | | | | | |
| 6. - ORCL | A | Dividend | K | T | | | | | |
| 7. - VAFAX | A | Dividend | J | T | | | | | |
| 8. - BTZ | B | Dividend | K | T | | | | | |
| 9. - FRDPX | C | Dividend | L | T | | | | | |
| 10. - SLMCX | E | Dividend | M | T | | | | | |
| 11. - SCAUX | A | Dividend | K | T | | | | | |
| 12. - FIF | B | Dividend | K | T | | | | | |
| 13. Brokerage account #3 (Baird) | | | | | | | | | |
| 14. - NWS | A | Dividend | J | T | | | | | |
| 15. - FOX | A | Dividend | K | T | | | | | |
| 16. - SCAUX | A | Dividend | K | T | | | | | |
| 17. - FRDPX | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PHSTX | C | Dividend | K | T | | | | | |
| 19. Brokerage account #4 cust UGMA FW (Baird) | | | | | | | | | |
| 20. - ABALX | A | Dividend | J | T | | | | | |
| 21. - VAFAX | A | Dividend | K | T | | | | | |
| 22. - FRBAX | A | Dividend | J | T | | | | | |
| 23. - SCAUX | A | Dividend | J | T | | | | | |
| 24. Brokerage account #5 cust UGMA BW (Baird) | | | | | | | | | |
| 25. - VAFAX | B | Dividend | K | T | | | | | |
| 26. - ABALX | B | Dividend | K | T | | | | | |
| 27. Brokerage account #6 (Chase) | | | | | | | | | |
| 28. - MJLXX | A | Interest | J | T | | | | | |
| 29. - FPFC | | None | J | T | | | | | |
| 30. - GENZ | | None | J | T | | | | | |
| 31. - MSFT | A | Dividend | J | T | | | | | |
| 32. Brokerage account #8 (Ameriprise) | | | | | | | | | |
| 33. - Ameriprise Money Market Account | A | Interest | J | T | | | | | |
| 34. - GE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ASEI | A | Dividend | J | T | | | | | |
| 36. - RCMT | A | Dividend | J | T | | | | | |
| 37. - SPLV | A | Dividend | J | T | | | | | |
| 38. Brokerage account #9 (Oppenheimer) | | | | | | | | | |
| 39. - ADLXX | A | Interest | J | T | | | | | |
| 40. - ASEI | A | Dividend | J | T | | | | | |
| 41. - ELX | | None | J | T | | | | | |
| 42. - QLGC | | None | K | T | | | | | |
| 43. 401k and 457 State of Michigan | | | | | | | | | |
| 44. - SSga S&P 500 Index | | None | M | T | | | | | |
| 45. - SSga MidCap Index | | None | N | T | | | | | |
| 46. - SSga Russel 2000 Index | | None | N | T | | | | | |
| 47. - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 48. Wayne County Deferred Comp | | | | | | | | | |
| 49. - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |
| 50. RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | T | | | | | |
| 51. Great Plains Energy Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Marc Pharmaceutical stock | | None | J | T | | | | | |
| 53. Trust #2 RWRT GST A, Trustee | D | Int./Div. | N | T | | | | | |
| 54. - LP Int RNJH Asso. LTD - see lines 57-83 | | | | | | | | | |
| 55. Trust #3 RWRT GST B, Trustee | D | Int./Div. | N | T | | | | | |
| 56. - LP Int RNJH Asso. LTD - see lines 57-83 | | | | | | | | | |
| 57. RNJH Associates Ltd. (LP Interest) (pro rata share) | | | | | | | | | |
| 58. - Acct # 1 Morgan Stanley Money Fund | A | Int./Div. | K | T | | | | | |
| 59. - - First Trust Dorsey Wright FO | A | Int./Div. | | | Sold | 08/18/17 | J | A | |
| 60. - - Janus Flexible Bond I | C | Int./Div. | M | T | | | | | |
| 61. - - IShares Core US Aggregate | B | Int./Div. | L | T | Buy | 01/05/17 | L | | |
| 62. - - IShares JP Morgan EM Bond Fd | B | Int./Div. | K | T | | | | | |
| 63. - - IShares S&P Mid Cap 400 Growth | A | Int./Div. | L | T | | | | | |
| 64. - - IShares Short Maturity Bond (Near) | A | Int./Div. | K | T | Buy | 01/05/17 | K | | |
| 65. - - IShares S&P Sm Cap 600 Value | A | Int./Div. | L | T | | | | | |
| 66. - - IShares Sm Cap 600 Growth | A | Int./Div. | K | T | | | | | |
| 67. - - Vanguard Growth ETF (VUG) | B | Int./Div. | M | T | | | | | |
| 68. - - Vanguard Index Funds S&P 500 ETF | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - - Vanguard Mid Cap Value ETF | B | Int./Div. | L | T | | | | | |
| 70. - - Blackstone Alt Mult-Strat Inst | A | Int./Div. | L | T | | | | | |
| 71. - Hardig Loevner Intl Equity Inst | B | Int./Div. | M | T | | | | | |
| 72. - -Virtus Insight Emerg Mkts I | A | Int./Div. | L | T | | | | | |
| 73. - - Vanguard REIT ETF | B | Int./Div. | K | T | | | | | |
| 74. - - Vanguard Value ETF INdex (VTV) | C | Int./Div. | M | T | | | | | |
| 75. - - Blackrock Global Allocation A | A | Int./Div. | L | T | | | | | |
| 76. - -Delaware Diversified Inc. A | A | Int./Div. | | | Sold | 01/05/17 | J | | |
| 77. - - First Eagle Global A | D | Int./Div. | M | T | | | | | |
| 78. - - First Trust Large Cap Growth A | A | Int./Div. | | | Sold | 01/05/17 | K | C | |
| 79. - - First Trust North American E | B | Int./Div. | K | T | | | | | |
| 80. - Acct # 2 - Morgan Stanley Money Fund | A | Int./Div. | J | T | | | | | |
| 81. - - Unit Guggenheim MLP 8 | A | Int./Div. | | | Sold | 01/03/17 | K | | |
| 82. - - Unit Invesco High Income Allocation 2016-1 | D | Int./Div. | M | T | | | | | |
| 83. - - Unit First Trust Target Global Leaders | B | Int./Div. | | | Sold | 02/24/17 | M | A | |
| 84. Trust #5 RWLTITHW shared beneficial interest (lines 85-277) | | | | | | | | | |
| 85. - Wells Fargo Acct *5633 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - - Andeavor Logistics LP | B | Int./Div. | K | T | Buy | 01/10/17 | K | | |
| 87.  - - Archrock Partners, LP | A | Int./Div. | J | T | | | | | |
| 88.  - - Boardwalk Pipeline Partners | A | Int./Div. | J | T | Buy | 01/10/17 | J | | |
| 89.  - - Buckeye Partners, LP | B | Int./Div. | K | T | | | | | |
| 90.  - - Cheniere Energy Inc | A | Int./Div. | J | T | | | | | |
| 91.  - - Crossamerica Partners, LP | A | Int./Div. | | | Sold | 04/06/17 | J | | |
| 92.  - - EQT Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 93.  - - Enbridge Energy Partners, LP | A | Int./Div. | J | T | | | | | |
| 94.  - - Energy Transfer Partners LP | D | Int./Div. | K | T | | | | | |
| 95.  - - Energy Transfer Equity, LP | A | Int./Div. | J | T | | | | | |
| 96.  - - Enlink Midstream Ream Partners, LP | A | Int./Div. | J | T | | | | | |
| 97.  - - Enterprise Prods Partners, LP | C | Int./Div. | K | T | | | | | |
| 98.  - - Kinder Morgan Inc. DEL | A | Int./Div. | J | T | | | | | |
| 99.  - - MPLX LP Com | B | Int./Div. | K | T | | | | | |
| 100.  - - Macquarie Infrastructure Corp | A | Int./Div. | | | Sold | 12/04/17 | J | | |
| 101.  - - Magellan Midstream Partners, LP | A | Int./Div. | K | T | | | | | |
| 102.  - - Oneok, Inc. New | A | Int./Div. | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - - Plains All American Pipeline LP | B | Int./Div. | K | T | | | | | |
| 104. - - Rice Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 105. - - Semgroup Corp CL A | A | Int./Div. | K | T | Buy | 06/26/17 | K | | |
| 106. - - Shell Midstream Partners LP | A | Int./Div. | K | T | | | | | |
| 107. - - Sunoco Logistics Partner | A | Int./Div. | | | Distributed | 05/18/17 | J | | |
| 108. - - Targa Res Corp Com | A | Int./Div. | J | T | | | | | |
| 109. - - Tesoro Logistics LP | A | Int./Div. | | | Sold | 05/18/17 | J | | |
| 110. - - Western Refng Logistics LP | A | Int./Div. | | | Sold | 05/18/17 | J | | |
| 111. - - Williams Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 112. - - Williams Partners LP | B | Int./Div. | K | T | | | | | |
| 113. - Wells Fargo Acct *2808 Money Fund | A | Int./Div. | J | T | | | | | |
| 114. - - Abbvie, Inc. | A | Int./Div. | J | T | | | | | |
| 115. - - Altria Group, Inc. | A | Int./Div. | K | T | | | | | |
| 116. - - American Electric Power | A | Int./Div. | J | T | | | | | |
| 117. - - Astrazeneca PLC SPON ADR | A | Int./Div. | J | T | | | | | |
| 118. - - AT&T, Inc. | B | Int./Div. | K | T | | | | | |
| 119. - - BCE, Inc. | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - - BP PLC Spons ADR | A | Int./Div. | J | T | | | | | |
| 121. - - British Amern TOB PLC | A | Int./Div. | J | T | Buy | 11/17/17 | J | | |
| 122. - - CDN Imperial Bk Commrc | A | Int./Div. | J | T | Buy | 07/17/17 | J | | |
| 123. - - Chevron Corp | A | Int./Div. | K | T | | | | | |
| 124. - -Coca Cola Company | A | Int./Div. | K | T | | | | | |
| 125. - - Consolidated Edison Inc. | A | Int./Div. | | | Sold | 11/17/17 | J | A | |
| 126. - - Crown Castle Intl | A | Int./Div. | J | T | | | | | |
| 127. - - Dominion Res Inc. VA (n/k/a Dominion Energy Inc.) | A | Int./Div. | K | T | | | | | |
| 128. - - Duke Energy Corp | A | Int./Div. | J | T | | | | | |
| 129. - - Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 130. - - General Mills Inc. | A | Int./Div. | J | T | | | | | |
| 131. - - GlaxoSmithKline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 132. - - Johnson & Johnson | A | Int./Div. | | | Sold | 03/14/17 | J | | |
| 133. - - Kimberly-Clark Corp | A | Int./Div. | J | T | | | | | |
| 134. - - Kraft Heinz Co | A | Int./Div. | | | Sold | 02/07/17 | J | A | |
| 135. - - McDonalds Corp | A | Int./Div. | | | Sold | 03/22/17 | K | C | |
| 136. - - Merck & Co Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - - National Grid PLC | A | Int./Div. | J | T | | | | | |
| 138. - -Novartis AG | A | Int./Div. | | | Sold | 05/16/17 | J | A | |
| 139. - - Occidental Pete Corp | A | Int./Div. | J | T | | | | | |
| 140. - - Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 141. - - Philip Morris Intl | A | Int./Div. | K | T | | | | | |
| 142. - - PPL Corp | A | Int./Div. | J | T | | | | | |
| 143. - - Procter & Gamble Co | A | Int./Div. | J | T | | | | | |
| 144. - - Public Storage, Inc. Reit | A | Int./Div. | J | T | Buy | 05/16/17 | J | | |
| 145. - - Public Service Enterprise Group, Inc. | A | Int./Div. | J | T | Buy | 04/06/17 | J | | |
| 146. - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 147. - Sanofi ADR | A | Int./Div. | J | T | | | | | |
| 148. - - Southern Company | A | Int./Div. | J | T | | | | | |
| 149. - - Total S.A. Spons ADR | A | Int./Div. | J | T | | | | | |
| 150. - - Unilever PLC Spons ADR | A | Int./Div. | | | Sold | 02/17/17 | J | | |
| 151. - - United Parcel Service - B UPS | A | Int./Div. | J | T | Buy | 07/17/17 | J | | |
| 152. - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 153. - - Verizon Communications | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154.  - - Vodafone Group PLC New | B | Int./Div. | K | T | | | | | |
| 155.  - - Welltower, Inc. | A | Int./Div. | J | T | | | | | |
| 156.  - Wells Fargo Acct *6386 Money Fund | A | Interest | K | T | | | | | |
| 157.  - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 158.  - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 159.  - - Apache Corp | A | Int./Div. | J | T | | | | | |
| 160.  - -Apple, Inc. | A | Int./Div. | J | T | | | | | |
| 161.  - - AT&T Inc. | A | Int./Div. | J | T | | | | | |
| 162.  - - Baxter International | A | Int./Div. | J | T | | | | | |
| 163.  - - BB&T Corp | A | Int./Div. | J | T | | | | | |
| 164.  - -Berkshire Hathaway Inc. Ser B | A | Int./Div. | J | T | | | | | |
| 165.  - -Blackhawk Network Holdings | | None | J | T | Buy | 04/21/17 | J | | |
| 166.  - - BWX Technologies Co | A | Int./Div. | J | T | | | | | |
| 167.  - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 168.  - - Cinemark Holdings, Inc. | A | Int./Div. | J | T | | | | | |
| 169.  - - Comcast Corp. New CL A | A | Int./Div. | J | T | | | | | |
| 170.  - - CVS Health Corp | A | Int./Div. | | | Sold | 04/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - - Devon Energy Corp | A | Int./Div. | J | T | | | | | |
| 172.  - - Dollar General Corp | A | Int./Div. | J | T | Buy | 04/21/17 | J | | |
| 173.  - - Dow Chemical Co | A | Int./Div. | J | T | | | | | |
| 174.  - -DXC Technologies | A | Int./Div. | J | T | Buy | 05/17/17 | J | | |
| 175.  - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 176.  - - EBAY, Inc. | A | Int./Div. | J | T | | | | | |
| 177.  - - Endurance Specialty Hldg | A | Int./Div. | | | Sold | 03/29/17 | J | B | |
| 178.  - - Entergy Corp New | A | Int./Div. | | | Sold | 06/02/17 | J | A | |
| 179.  - - Federated Investments Inc. CL B | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 180.  - - Ford Motor Co. | A | Int./Div. | J | T | | | | | |
| 181.  - - General Electric Company | A | Dividend | | | Sold | 11/21/17 | J | | |
| 182.  - - Genuine Parts Co. | A | Int./Div. | | | Sold | 04/20/17 | J | | |
| 183.  - - Glaxosmithkline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 184.  - - Hain Celestial Group Inc. | A | Int./Div. | J | T | | | | | |
| 185.  - - Haemonetics Corp Mass | | None | J | T | Buy | 04/10/17 | J | | |
| 186.  - - Hartford Financial Svcs Group | A | Int./Div. | J | T | | | | | |
| 187.  - - Hewlett Packard Enterprises | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. - - Huntington Bancshares, Inc. | A | Int./Div. | J | T | Buy | 06/30/17 | J | | |
| 189. - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 190. - - M&T Bank Corp | A | Int./Div. | J | T | | | | | |
| 191. - - McKesson Corp | A | Int./Div. | | | Sold | 10/16/17 | J | | |
| 192. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 193. - - MetLife Inc | A | Int./Div. | J | T | | | | | |
| 194. - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 195. - - New York Community Bancorp Inc. | A | Int./Div. | J | T | | | | | |
| 196. - - Norfolk Southern Corp | A | Int./Div. | | | Sold | 03/31/17 | J | A | |
| 197. - - Occidental Pete Corp | A | Int./Div. | J | T | | | | | |
| 198. - - Paypal Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 199. - - PBF Energy Inc. | A | Int./Div. | J | T | | | | | |
| 200. - - Pfizer Inc | A | Int./Div. | J | T | | | | | |
| 201. - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 202. - - Proctor & Gamble Co. | A | Int./Div. | J | T | | | | | |
| 203. - - Royal Dutch Shell PLC | A | Int./Div. | J | T | | | | | |
| 204. - - St Jude Medical Inc. | A | Int./Div. | | | Sold | 01/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - - Synchrony Financial | A | Int./Div. | | | Sold | 08/02/17 | J | A | |
| 206. - - Sabra Health Care Reit | A | Int./Div. | J | T | Buy | 08/22/17 | J | | |
| 207. - - Superior Energy Svcs Inc. | | None | J | T | Buy | 01/24/17 | J | | |
| 208. - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 209. - - Time Warner Inc | A | Int./Div. | J | T | | | | | |
| 210. - - Unilever NV | A | Int./Div. | J | T | | | | | |
| 211. - - United Parcel Service - B | A | Int./Div. | J | T | | | | | |
| 212. - - Varian Medical Systems | A | Int./Div. | | | Sold | 04/20/17 | J | A | |
| 213. - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 214. - - Vodafone Group PLC | A | Int./Div. | | | Sold | 06/02/17 | J | | |
| 215. - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 216. - - Wells Fargo & Co New | A | Int./Div. | J | T | Buy | 10/23/17 | J | | |
| 217. - - Welltower, Inc. | A | Int./Div. | J | T | | | | | |
| 218. - - Zimmer Biomet Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 219. - - 3M Co. | A | Int./Div. | J | T | | | | | |
| 220. - Wells Fargo Acct *5598 Money Fund | A | Interest | J | T | | | | | |
| 221. - - Allergan PLC | A | Int./Div. | | | Sold | 11/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - - Alphabet Inc CL A | A | Int./Div. | J | T | | | | | |
| 223. - - Amphenol Corp | A | Int./Div. | J | T | | | | | |
| 224. - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 225. - - Berkshire Hathaway Inc. | A | Int./Div. | J | T | | | | | |
| 226. - -Broadridge Financial Solutions | A | Int./Div. | J | T | Buy | 06/05/17 | J | | |
| 227. - - Caseys General Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 228. - -Celgene Corp | A | Int./Div. | J | T | | | | | |
| 229. - - Cerner Corp. | A | Int./Div. | J | T | | | | | |
| 230. - - Cognizant Technology | A | Int./Div. | J | T | | | | | |
| 231. - - Cummins Inc. | A | Int./Div. | | | Sold | 04/28/17 | J | A | |
| 232. - - CVS Health Corp | A | Int./Div. | J | T | | | | | |
| 233. - - Dollar Tree Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 234. - - Ecolab Inc. | A | Int./Div. | J | T | | | | | |
| 235. - - Facebook, Inc. CL A | A | Int./Div. | J | T | | | | | |
| 236. - - Fastenal Co. | A | Int./Div. | J | T | | | | | |
| 237. - - Fleetcor Technologies | A | Int./Div. | J | T | | | | | |
| 238. - - Gilead Sciences Inc. | A | Int./Div. | | | Sold | 03/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - - Intuit Inc. | A | Int./Div. | J | T | | | | | |
| 240.  - - Littlefuse, Inc. | A | Int./Div. | J | T | Buy | 11/06/17 | J | | |
| 241.  - - Lowes Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 242.  - - Markel Corp | | None | J | T | Buy | 01/25/17 | J | | |
| 243.  - - Mastercard Inc. CL A | A | Int./Div. | J | T | | | | | |
| 244.  - - Maximus Inc. | A | Int./Div. | J | T | | | | | |
| 245.  - - Middleby Corp | A | Int./Div. | J | T | | | | | |
| 246.  - - Monro Muffler Brake Inc. | A | Int./Div. | | | Sold | 05/02/17 | J | | |
| 247.  - - Novo Nordisk AS ADR | A | Int./Div. | J | T | | | | | |
| 248.  - - Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 249.  - - Phillips 66 | A | Int./Div. | J | T | | | | | |
| 250.  - - Priceline Group Inc. | A | Int./Div. | J | T | | | | | |
| 251.  - - Sherwin Williams Co. | A | Int./Div. | J | T | | | | | |
| 252.  - - TJX Cos Inc. New | A | Int./Div. | J | T | | | | | |
| 253.  - - Tractor Supply Company | A | Int./Div. | | | Sold | 11/01/17 | J | | |
| 254.  - -Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 255.  - - VCA Inc. | A | Int./Div. | | | Sold | 01/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - - Wells Fargo & Co New | A | Int./Div. | J | T | | | | | |
| 257. - - Brokerage Account - Morgan Stanley Money Fund | A | Interest | J | T | | | | | |
| 258. - - First Trust Large CAP Growth | A | Interest | | | Sold | 01/05/17 | J | A | |
| 259. - - First Trust Dorsey Wright FO | A | Interest | | | Sold | 01/05/17 | K | A | |
| 260. - - First Trust North American Empl | A | Interest | J | T | | | | | |
| 261. - - Harding Loevner Intl Equity Inst | A | Interest | K | T | | | | | |
| 262. - - IShares JP Morgan EM Bond Fd | A | Interest | J | T | | | | | |
| 263. - - IShares S&P Sm Cap 600 Val | A | Interest | K | T | | | | | |
| 264. - - IShares Sm Cap 600 Growth | A | Interest | K | T | | | | | |
| 265. - - IShares S&P Mid Cap 400 Growth | A | Interest | K | T | | | | | |
| 266. - - Vanguard Growth ETF | A | Interest | K | T | | | | | |
| 267. - - Vanguard Index Funds S&P 500 ETF | B | Interest | L | T | | | | | |
| 268. - - Vanguard Mid Cap Value ETF | A | Interest | K | T | | | | | |
| 269. - -Blackrock Global | A | Interest | K | T | | | | | |
| 270. - - Blackstone Alt Mult-Strat Inst | A | Interest | K | T | | | | | |
| 271. - - First Eagle Global A | A | Interest | K | T | | | | | |
| 272. - - Vanguard REIT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - - Vanguard Value ETF INdex | A | Interest | K | T | | | | | |
| 274.  - - Virtus Insight Emerging Markets I | A | Interest | K | T | | | | | |
| 275.  - - Delaware Diversified Inc Inst | B | Interest | | | Sold | 01/05/17 | J | | |
| 276.  - -Janus Flexible Bond I | B | Interest | K | T | | | | | |
| 277.  - - Symetra Life Insurance Policy * See Add'l Information | B | Interest | M | U | | | | | |
| 278.  MWCM LLC, Ltd Ptr, RE development Macomb MI | | None | L | W | | | | | |
| 279.  Condominium in Snowmass, Colorado | D | Rent | O | W | | | | | |
| 280.  Residential property- Snowmass, CO | E | Rent | P1 | W | | | | | |
| 281.  NJH Associates, Partner (New York, NY) (lines 282-286) | | | | | | | | | |
| 282.  - BJW Associates Real Estate NYC | G | Rent | P1 | W | | | | | |
| 283.  - Lexington Ave Assoc Real Estate NYC | E | Rent | K | W | | | | | |
| 284.  - First Sutton Assoc Real Estate NYC | D | Interest | K | W | | | | | |
| 285.  - Asbury Plaza Venture, Real Estate, Chicago | C | Rent | O | W | | | | | |
| 286.  - Lincoln Terrace Assoc. NYC | E | Interest | L | W | | | | | |
| 287.  NJHA Assoc., Partner | A | Interest | J | W | | | | | |
| 288.  4400 University Ltd Partnership | A | Interest | J | W | | | | | |
| 289.  2001 Trust, shared beneficial interest (lines 290-300) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - - Escrowed Funds - cash accounts held at BOA and JPM | A | Interest | J | T | | | | | |
| 291. - Escrowed Funds - cash accounts held at JPM | A | Interest | N | T | | | | | |
| 292. - - JPM Private Equity (see lines 281-288) | | | | | | | | | |
| 293. - - JPM Tax Free MM | B | Interest | M | T | | | | | |
| 294. - - GSO Special Situations Fund | C | Interest | N | T | | | | | |
| 295. - - PEG Digital Growth Fund II, LP | D | Int./Div. | O | T | | | | | |
| 296. - - Apollo EPF III Private Investors LLC | B | Int./Div. | M | T | | | | | |
| 297. - - Kona III Private Investors, LLC | A | Int./Div. | K | T | Buy | 08/01/17 | K | | |
| 298. - - PEG Secondary Private Equity Investors III LP | A | Int./Div. | L | T | | | | | |
| 299. - - PEG Secondary Private Equity Investors LLC | B | Int./Div. | L | T | | | | | |
| 300. - Vintage 2014 Private Investments, LLC | B | Int./Div. | M | T | | | | | |
| 301. 2006 Trust, shared beneficial interest (lines 302-305) | | | | | | | | | |
| 302. - - Escrowed Funds - cash accounts held at BOA and JPM | A | Interest | J | T | | | | | |
| 303. - - Escrowed Funds - cash accounts held at JPM | A | Interest | J | T | | | | | |
| 304. - - JPM Tax Free MM | B | Interest | N | T | | | | | |
| 305. - - GSO Special Situations Fund (prev reported as "GST") | C | Int./Div. | M | T | | | | | |
| 306. 2007 Trust, shared beneficial interest (lines 307-312) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - - Escrowed Funds - cash accounts held at BOA and JPM | A | Interest | K | T | | | | | |
| 308. - - Escrowed Funds - cash accounts held at JPM | A | Interest | J | T | | | | | |
| 309. - - JPM Private Equity Tax Free MM | D | Interest | P1 | T | | | | | |
| 310. - - AP IXZ (APAX) Private Investors | D | Int./Div. | M | T | | | | | |
| 311. - - Apollo EPF III Private Investors LLC | D | Int./Div. | M | T | | | | | |
| 312. - - PEG Secondary Private Equity Investors, LLC | D | Int./Div. | M | T | | | | | |
| 313. LTR 2010 Trust, shared beneficial interest (lines 314-891) | | | | | | | | | |
| 314. - - JP Morgan Money Market | A | Interest | L | T | | | | | |
| 315. - - JPM Tax Free Resv Sweep FD | A | Interest | O | T | | | | | |
| 316. - - City of NY NY Ref Pub Imp Bonds | F | Interest | | | Sold | 12/19/17 | P1 | F | |
| 317. - - City of NY NY Ref Pub Imps Bonds | E | Interest | | | Sold | 07/12/17 | P1 | F | |
| 318. - - RAI SPV2, LLC | | None | O | T | | | | | |
| 319. - - Residential Fund 321, LLC | | None | J | T | | | | | |
| 320. - - NADG NNN Property Fund | D | Int./Div. | M | T | | | | | |
| 321. - - NADG US Supermarket Anchored Fund | F | Int./Div. | O | T | | | | | |
| 322. - - NADG Real Estate Opportunity Fund | C | Interest | N | T | | | | | |
| 323. - - Ann Arbor Realty Ventures, LP | D | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - - Suvola Corp. | | None | L | T | | | | | |
| 325. - - Lincoln Life Insurance Policy. Insured: HW | A | Int./Div. | M | T | | | | | |
| 326. - - Triarq Health Corp. | | None | M | T | | | | | |
| 327. - - Loans Receivable from HW | A | Interest | M | T | | | | | |
| 328. - - Habitat (Ann Arbor Apts) Investment | E | Distribution | | | Distributed | 05/10/17 | O | G | |
| 329. - - NADG US Core Plus Acquisition Fund | E | Int./Div. | O | T | | | | | |
| 330. - - Loan to Unit 610, LLC | | None | N | T | | | | | |
| 331. - - Worthington Wood Apartments, LLC | D | Distribution | L | T | | | | | |
| 332. - - South University North, LLC | | None | K | T | Buy | 08/07/17 | K | | |
| 333. - - Eastham Capital Fund | | None | K | T | Buy | 06/12/17 | K | | |
| 334. - -Artwork: Rudolph Stingel Painting | | None | P1 | W | Buy | 06/15/17 | P1 | | |
| 335. - - Artwork: Albert Oehlen Painting | | None | P1 | W | Buy | 09/11/17 | P1 | | |
| 336. - - Artwork: George Condo Painting | | None | P1 | W | Buy | 11/22/17 | P1 | | |
| 337. - - NT checking acct | A | Interest | K | T | | | | | |
| 338. - - NT Investment Account (see lines 325 - 885 ) | | | | | | | | | |
| 339. - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 340. - - Abbvie, Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341.  - - Accenture PLC SHS CL A New | A | Int./Div. | J | T | | | | | |
| 342.  - - Activision Blizzard, Inc. | A | Int./Div. | J | T | | | | | |
| 343.  - - Adobe Systems | | None | J | T | | | | | |
| 344.  - - Aetna, Inc. | A | Int./Div. | J | T | | | | | |
| 345.  - - Aflac, Inc. | A | Int./Div. | J | T | | | | | |
| 346.  - - Air Products and Chemicals | A | Int./Div. | J | T | | | | | |
| 347.  - - Alexion Pharmaceuticals | | None | J | T | | | | | |
| 348.  - - Allergan PLC | A | Int./Div. | | | Sold | 05/16/17 | J | | |
| 349.  - - Allstate Corp | A | Int./Div. | J | T | | | | | |
| 350.  - - Alphabet, Class A | | None | K | T | | | | | |
| 351.  - - Alphabet, Class C | | None | K | T | | | | | |
| 352.  - Altria Group | A | Int./Div. | J | T | | | | | |
| 353.  - -Amazon, Inc. | | None | K | T | | | | | |
| 354.  - - American Airlines, Inc. | A | Int./Div. | J | T | | | | | |
| 355.  - - American Electric Power, Inc. | A | Int./Div. | J | T | | | | | |
| 356.  - - American Express Co. | A | Int./Div. | J | T | | | | | |
| 357.  - - American International Group | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - - American Tower Corp | A | Int./Div. | J | T | | | | | |
| 359.  - - Amgen, Inc. | A | Int./Div. | J | T | | | | | |
| 360.  - - Amphenol Corp New CL A | A | Int./Div. | J | T | | | | | |
| 361.  - - Anadarko Petroleum Corp | A | Int./Div. | J | T | | | | | |
| 362.  - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 363.  - - Anthem, Inc. | A | Int./Div. | J | T | | | | | |
| 364.  - - AON PLC | A | Int./Div. | J | T | | | | | |
| 365.  - -Apache Corp | A | Int./Div. | J | T | | | | | |
| 366.  - - Apple, Inc. | A | Int./Div. | K | T | | | | | |
| 367.  - - Applied Materials, Inc. | A | Int./Div. | J | T | | | | | |
| 368.  - - Archer Daniels Midland Co. | A | Int./Div. | J | T | | | | | |
| 369.  - - AT&T, Inc. | A | Int./Div. | K | T | | | | | |
| 370.  - - Autodesk, Inc. | A | Int./Div. | J | T | Buy | 04/11/17 | J | | |
| 371.  - - Automatic Data Processing | A | Int./Div. | J | T | | | | | |
| 372.  - - Autozone, Inc. | | None | J | T | | | | | |
| 373.  - - Avalon Bay Communities | A | Int./Div. | J | T | | | | | |
| 374.  - - Baker Hughes, Inc. | A | Int./Div. | | | Sold | 07/25/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - - Bank New York Mellon | A | Int./Div. | J | T | | | | | |
| 376. - - Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 377. - - Baxter International, Inc. | A | Int./Div. | J | T | | | | | |
| 378. - - BB&T Corp | A | Int./Div. | J | T | | | | | |
| 379. - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 380. - - Berkshire Hathaway, Inc. | | None | K | T | | | | | |
| 381. - -Biogen Idec, Inc. | | None | J | T | | | | | |
| 382. - - Blackrock, Inc. | A | Int./Div. | J | T | | | | | |
| 383. - - Boeing Co. | A | Int./Div. | J | T | | | | | |
| 384. - - Boston PPTYS | A | Int./Div. | J | T | | | | | |
| 385. - - Boston Scientific Corp | | None | J | T | | | | | |
| 386. - -Bristol Myers Squibb | A | Int./Div. | J | T | | | | | |
| 387. - -Broadcom Corp CL A | A | Int./Div. | J | T | | | | | |
| 388. - - CR Baird | A | Int./Div. | J | T | Buy | 12/21/17 | J | | |
| 389. - - Capital One Financial | A | Int./Div. | J | T | | | | | |
| 390. - - Cardinal Health, Inc. | A | Int./Div. | | | Sold | 08/29/17 | J | | |
| 391. - - Carnival Corp. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - -Caterpillar, Inc. | A | Int./Div. | J | T | | | | | |
| 393. - - CBS Corp New CL B | A | Int./Div. | J | T | | | | | |
| 394. - -Celgene Corp | | None | J | T | | | | | |
| 395. - - Charter Communications Inc. | | None | J | T | | | | | |
| 396. - - Cerner Corp | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 397. - - Chevron Corp | A | Int./Div. | J | T | | | | | |
| 398. - - Chubb Corp | A | Int./Div. | J | T | | | | | |
| 399. - - Cigna Corp | A | Int./Div. | J | T | | | | | |
| 400. - - Cisco Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 401. - - Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 402. - - CME Group, Inc. | A | Int./Div. | J | T | | | | | |
| 403. - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 404. - - Cognizant Technology Solutions | | None | J | T | | | | | |
| 405. - -Colgate-Palmolive Co. | A | Int./Div. | J | T | | | | | |
| 406. - - Comcast Corp New CL A | A | Int./Div. | J | T | | | | | |
| 407. - - Concho Res Inc. | | None | J | T | | | | | |
| 408. - - Conoco Phillips | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - - Consolidated Edison | A | Int./Div. | J | T | | | | | |
| 410. - - Constellation Brands | A | Int./Div. | J | T | | | | | |
| 411. - - Corning, Inc. | A | Int./Div. | J | T | | | | | |
| 412. - -Costco Wholesale Corp | A | Int./Div. | J | T | | | | | |
| 413. - - Crown Castle Int'l | A | Int./Div. | J | T | | | | | |
| 414. - - CSX Corp | A | Int./Div. | J | T | | | | | |
| 415. - -Cummins, Inc. | A | Int./Div. | J | T | | | | | |
| 416. - - CVS Health Corp | A | Int./Div. | J | T | | | | | |
| 417. - -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 418. - - Deere & Co. | A | Int./Div. | J | T | | | | | |
| 419. - - Delta Air Lines | A | Int./Div. | J | T | | | | | |
| 420. - - Devon Energy Corp | A | Int./Div. | J | T | | | | | |
| 421. - -Discover Financial Svcs | A | Int./Div. | J | T | | | | | |
| 422. - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 423. - - Dollar Tree, Inc. | | None | J | T | | | | | |
| 424. - - Dominion Resources | A | Int./Div. | J | T | | | | | |
| 425. - - Dow Chemical (nka Dow Dupont) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - - DuPont IE De Nemours (merged w/Dow Chemical) | | None | | | | | | | |
| 427. - - Duke Energy Corp New | A | Int./Div. | J | T | | | | | |
| 428. - - DXE Technology Co | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 429. - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 430. - - EBay, Inc. | | None | J | T | | | | | |
| 431. - -Ecolab, Inc. | A | Int./Div. | J | T | | | | | |
| 432. - - Edison Int'l | A | Int./Div. | J | T | | | | | |
| 433. - - Electronic Arts | | None | J | T | | | | | |
| 434. - - Eli Lilly & Co | A | Int./Div. | J | T | | | | | |
| 435. - Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 436. - - EOG Resources | A | Int./Div. | J | T | | | | | |
| 437. - - Equity Residential | A | Int./Div. | | | Sold | 01/31/17 | J | A | |
| 438. - -Estee Lauder Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 439. - - Exelon Corp | A | Int./Div. | J | T | | | | | |
| 440. - - Express Scripts Holdings | | None | J | T | | | | | |
| 441. - -Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 442. - -Facebook, Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  - - FedEx Corp | A | Int./Div. | J | T | | | | | |
| 444.  - - Fidelity National Inf Svc | A | Int./Div. | J | T | | | | | |
| 445.  - - Fifth Third Bancorp | A | Int./Div. | J | T | | | | | |
| 446.  - - Fiserve, Inc. | | None | J | T | | | | | |
| 447.  - - Ford Motor Co Del | A | Int./Div. | J | T | | | | | |
| 448.  - - Fortive Corp | A | Int./Div. | J | T | | | | | |
| 449.  - - Franklin Res, Inc. | A | Int./Div. | J | T | | | | | |
| 450.  - - Freeport McMoran, Inc. | A | Int./Div. | J | T | | | | | |
| 451.  - - General Dynamics Corp | A | Int./Div. | J | T | | | | | |
| 452.  - - General Electric Co | A | Int./Div. | K | T | | | | | |
| 453.  - - General Mills, Inc. | A | Int./Div. | J | T | | | | | |
| 454.  - - General Motors Co. | A | Int./Div. | J | T | | | | | |
| 455.  - -Gilead Sciences, inc. | A | Int./Div. | J | T | | | | | |
| 456.  - - Goldman Sachs Group Inc. | A | Int./Div. | J | T | | | | | |
| 457.  - - Halliburton Co | A | Int./Div. | J | T | | | | | |
| 458.  - - Hershey Company | A | Int./Div. | J | T | | | | | |
| 459.  - - Hewlett Packard Ent | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  - - Hilton Worldwide Holdings | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 461.  - - Home Depot, Inc. | A | Int./Div. | J | T | | | | | |
| 462.  - - Honeywell Int'l Inc. | A | Int./Div. | J | T | | | | | |
| 463.  - - HP Inc. | A | Int./Div. | J | T | | | | | |
| 464.  - - Humana, Inc. | A | Int./Div. | J | T | | | | | |
| 465.  - - Illinois Tool Works | A | Int./Div. | J | T | | | | | |
| 466.  - - Illumina Inc. | | None | J | T | Buy | 01/31/17 | J | | |
| 467.  - - Ingersoll-Rand PLC | A | Int./Div. | J | T | | | | | |
| 468.  - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 469.  - - Intercontinental Exchange Group | A | Int./Div. | J | T | | | | | |
| 470.  - - International Business Machines | A | Int./Div. | J | T | | | | | |
| 471.  - - International Paper Co. | A | Int./Div. | J | T | | | | | |
| 472.  - - Intuit | A | Int./Div. | J | T | | | | | |
| 473.  - - Intiutive Surgical | | None | J | T | | | | | |
| 474.  - - Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 475.  - - Johnson Controls, Inc. | A | Int./Div. | J | T | | | | | |
| 476.  - - JPMorgan Chase & Co. | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 79

Name of Person Reporting

White, Helene N.

Date of Report

01/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - - Kellogg Co | A | Int./Div. | | | Sold | 10/03/17 | J | | |
| 478. - -Kimberly-Clark Corp | A | Int./Div. | | | Sold | 11/07/17 | J | | |
| 479. - Kinder Morgan Inc. | A | Int./Div. | J | T | | | | | |
| 480. - - Kraft Heinz Co | A | Int./Div. | J | T | | | | | |
| 481. - - Kroger Co | A | Int./Div. | J | T | | | | | |
| 482. - - Level 3 Communications | | None | | | Sold | 11/01/17 | J | | |
| 483. - - Lam Resh Corp | A | Int./Div. | J | T | | | | | |
| 484. - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 485. - - Lowes Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 486. - -Lyondellbasell Industries | A | Int./Div. | J | T | | | | | |
| 487. - -Marathon Pete Corp | A | Int./Div. | J | T | | | | | |
| 488. - - Marriott Int'l | A | Int./Div. | J | T | | | | | |
| 489. - - Marsh & McLennan Co's | A | Int./Div. | J | T | | | | | |
| 490. - -Mastercard, Inc. | A | Int./Div. | J | T | | | | | |
| 491. - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 492. - - McKesson Corp | A | Int./Div. | | | Sold | 01/31/17 | J | | |
| 493. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 79

Name of Person Reporting

White, Helene N.

Date of Report

01/24/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  - - Merck & Co | A | Int./Div. | J | T | | | | | |
| 495.  - - MetLife, Inc. | A | Int./Div. | J | T | | | | | |
| 496.  - - MFB Northern FDS Stk Index Fund | A | Int./Div. | K | T | | | | | |
| 497.  - - MFB Northern Multi Manager Global | B | Int./Div. | L | T | | | | | |
| 498.  - - MFC IShares Trust Global Infrastructure | B | Int./Div. | K | T | | | | | |
| 499.  - - Micron Technology Inc. | | None | J | T | | | | | |
| 500.  - -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 501.  - - Molson Coors Brewing Co | A | Int./Div. | J | T | | | | | |
| 502.  - - Mondelez Int'l | A | Int./Div. | J | T | | | | | |
| 503.  - -Monsanto Co New | A | Int./Div. | J | T | | | | | |
| 504.  - - Monster Beverage | | None | J | T | | | | | |
| 505.  - - Moody's Corp | A | Int./Div. | J | T | | | | | |
| 506.  - - Morgan Stanley | A | Int./Div. | J | T | | | | | |
| 507.  - -Mylan Inc. | A | Int./Div. | J | T | | | | | |
| 508.  - - Netflix, Inc. | | None | J | T | | | | | |
| 509.  - - Newell Brands, Inc. | A | Int./Div. | J | T | | | | | |
| 510.  - - Nextera Energy, Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - -Nike, Inc. Class B | A | Int./Div. | J | T | | | | | |
| 512. - - Norfolk Southern Corp | A | Int./Div. | J | T | | | | | |
| 513. - - Northrop Grumman Corp | A | Int./Div. | J | T | | | | | |
| 514. - - Nucor Corp. | A | Int./Div. | J | T | | | | | |
| 515. - - Nvidia Corp | A | Int./Div. | J | T | | | | | |
| 516. - - O'Reilly Automotive | | None | J | T | | | | | |
| 517. - - Occidential Petroleum | A | Int./Div. | J | T | | | | | |
| 518. - - Omnicom Group | A | Int./Div. | J | T | | | | | |
| 519. - - Oracle Corp | A | Int./Div. | J | T | | | | | |
| 520. - - PacCar, Inc. | A | Int./Div. | J | T | | | | | |
| 521. - - Paychex, Inc. | A | Int./Div. | J | T | | | | | |
| 522. - - Paypal Holdings, Inc. | | None | J | T | | | | | |
| 523. - - Pepsico, Inc. | A | Int./Div. | J | T | | | | | |
| 524. - - Pfizer, Inc. | A | Int./Div. | J | T | | | | | |
| 525. - - PG&E Corp | A | Int./Div. | | | Sold | 11/20/17 | J | | |
| 526. - -Philip Morris Intl | A | Int./Div. | J | T | | | | | |
| 527. - - Phillips 66 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. - - Pioneer Natural Resources | A | Int./Div. | J | T | | | | | |
| 529. - - PNC Financial Services Group | A | Int./Div. | J | T | | | | | |
| 530. - - PPG Industries, Inc. | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 531. - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 532. - - Praxair, Inc. | A | Int./Div. | J | T | | | | | |
| 533. - - Price T. Rowe Group, Inc. | A | Int./Div. | | | Sold | 07/25/17 | J | | |
| 534. - - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 535. - - Progressive Corp | A | Int./Div. | J | T | | | | | |
| 536. - - Prologis, Inc. | A | Int./Div. | J | T | | | | | |
| 537. - - Prudential Financial, Inc. | A | Int./Div. | J | T | | | | | |
| 538. - - Public Service Ent. Group | A | Int./Div. | J | T | | | | | |
| 539. - - Public Storage | A | Int./Div. | J | T | | | | | |
| 540. - - Qualcomm, Inc. | A | Int./Div. | J | T | | | | | |
| 541. - - Raython Co | A | Int./Div. | J | T | | | | | |
| 542. - -Regeneron Pharmaceuticals, Inc. | | None | J | T | | | | | |
| 543. - - Reynolds American, Inc. | A | Int./Div. | | | Sold | 07/25/17 | J | A | |
| 544. - - Republic Svcs Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

White, Helene N.

Date of Report

01/24/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - - Roper Technologies Inc. | A | Int./Div. | J | T | | | | | |
| 546. - -Ross Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 547. - - Royal Caribbean Cruises | A | Int./Div. | J | T | | | | | |
| 548. - - S&P Global Inc. | A | Int./Div. | J | T | | | | | |
| 549. - -SalesForce Com, Inc. | | None | J | T | | | | | |
| 550. - - Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 551. - - Schwab Charles Corp | A | Int./Div. | J | T | | | | | |
| 552. - - Seagate Technology PLC | A | Int./Div. | J | T | | | | | |
| 553. - - Simon Property Group, Inc. | A | Int./Div. | J | T | | | | | |
| 554. - - Southern Co. (aquired AGL Res) | A | Int./Div. | J | T | | | | | |
| 555. - - Southwest Airlines | A | Int./Div. | J | T | | | | | |
| 556. - - Spectra Energy Corp | A | Int./Div. | | | Sold | 01/05/17 | J | | |
| 557. - - St. Jude Medical, Inc. | A | Int./Div. | | | Sold | 01/05/17 | J | A | |
| 558. - - Stanley Black & Decker Inc. | A | Int./Div. | J | T | Buy | 01/05/17 | J | | |
| 559. - -Starbucks Corp | A | Int./Div. | J | T | | | | | |
| 560. - - State Street Corp. | A | Int./Div. | J | T | | | | | |
| 561. - - Stryker Corp | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - - Sun Trust Banks | A | Int./Div. | J | T | | | | | |
| 563.  - - Synchrony Financial | A | Int./Div. | J | T | | | | | |
| 564.  - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 565.  - - Target Corp | A | Int./Div. | J | T | | | | | |
| 566.  - - TE Connectivity Ltd | A | Int./Div. | J | T | | | | | |
| 567.  - - Texas Instruments, Inc. | A | Int./Div. | J | T | | | | | |
| 568.  - -The Priceline Group, Inc. | | None | J | T | | | | | |
| 569.  - - Thermo Fisher Corp | A | Int./Div. | J | T | | | | | |
| 570.  - - Time Warner, Inc. | A | Int./Div. | J | T | | | | | |
| 571.  - -TJX Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 572.  - - Travelers Cos. | A | Int./Div. | J | T | | | | | |
| 573.  - - Twenty-First Century Fox, CL A | A | Int./Div. | J | T | | | | | |
| 574.  - - Tyson Foods, Inc. | A | Int./Div. | J | T | | | | | |
| 575.  - - Union PAC Corp | A | Int./Div. | J | T | | | | | |
| 576.  - -United Contl Holdings | | None | J | T | | | | | |
| 577.  - -United Parcel Svc | A | Int./Div. | J | T | | | | | |
| 578.  - - United Technologies | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. - - UnitedHealthcare Group | A | Int./Div. | J | T | | | | | |
| 580. - - US Bancorp | A | Int./Div. | J | T | | | | | |
| 581. - - VF Corp | A | Int./Div. | J | T | | | | | |
| 582. - - Valero Energy Corp | A | Int./Div. | J | T | | | | | |
| 583. - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 584. - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 585. - - Vertex Pharmaceuticals | | None | J | T | Buy | 02/03/17 | J | | |
| 586. - - Visa, Inc. | A | Int./Div. | J | T | | | | | |
| 587. - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 588. - - Walgreens Boots Alliance, Inc. | A | Int./Div. | J | T | | | | | |
| 589. - -Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 590. - - Waste Management, Inc. | A | Int./Div. | J | T | | | | | |
| 591. - - Western Digital Corp. | A | Int./Div. | J | T | Buy | 02/03/17 | J | | |
| 592. - - Wells Fargo & Co New | A | Int./Div. | K | T | | | | | |
| 593. - - Welltower, Inc. | A | Int./Div. | | | Sold | 12/21/17 | J | | |
| 594. - - Weyerhaeuser Co. | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 595. - - Williams Company | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. - - XCEL Energy | A | Int./Div. | J | T | | | | | |
| 597. - - Yahoo, Inc. | | None | | | Sold | 01/31/17 | J | | |
| 598. - -Yum Brands, Inc. | A | Int./Div. | J | T | | | | | |
| 599. - - Yum China Holdings Inc. | | None | J | T | | | | | |
| 600. - -Zimmer Biomet Holdings | A | Int./Div. | J | T | | | | | |
| 601. - - Zoetis, Inc. | A | Int./Div. | J | T | | | | | |
| 602. - - 3M Co | A | Int./Div. | J | T | | | | | |
| 603. - - Acuity Brands Inc. | A | Int./Div. | J | T | Buy | 06/20/17 | J | | |
| 604. - - Adient PLC | | None | | | Sold | 11/20/17 | J | A | |
| 605. - - Advance Auto Parts | A | Int./Div. | J | T | | | | | |
| 606. - - AES Corp | A | Int./Div. | J | T | | | | | |
| 607. - - Affiliated Managers Group | | None | J | T | | | | | |
| 608. - - Agilent Technologies | A | Int./Div. | J | T | | | | | |
| 609. - - Akamai Technologies, Inc. | | None | J | T | | | | | |
| 610. - - Alaska Air Group, Inc. | A | Int./Div. | J | T | | | | | |
| 611. - - Alexandria Real Estate Equities Inc. | A | Int./Div. | J | T | Buy | 04/11/17 | J | | |
| 612. - - Allegion PLC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |